**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michelle R. Wilson <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 13-12837 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC and index same on the master mailing list.

Re: Loan # Ending In: 7924

                                           Respectfully submitted,

                                           **/s/Denise Carlon, Esquire**
                                           Denise Carlon, Esquire
                                           Thomas Puleo, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 825-6306  FAX (215) 825-6406