Certificate Number: 16339-PAE-DE-030523084

Bankruptcy Case Number: 13-12837



16339-PAE-DE-030523084

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 4, 2018, at 6:19 o'clock PM EST, Michelle Wilson completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    February 4, 2018               By:    /s/Kelley Tipton

                                        Name:  Kelley Tipton

                                        Title: Certified Financial Counselor