```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                             Case No. 13-12837-jkf
Michelle R Wilson                                                  Chapter 13
      Debtor                       CERTIFICATE OF NOTICE
District/off: 0313-2          User: John                  Page 1 of 2                  Date Rcvd: May 07, 2018
                              Form ID: 138NEW             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
db             +Michelle R Wilson,    2102 N. Hobart Street,    Philadelphia, PA 19131-3014
13009967       +American Express,    Po Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
13114556        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13127940        American Express Travel Related Services,    Company, Inc.,    c o Becket and Lee LLP,   POB 3001,
                 Malvern, PA 19355-0701
13009968      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13009969       +BillMeLater,    PO Box 105658,   Atlanta, GA 30348-5658
13009970       +Bk Of Amer,   Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
13009971       +Cap1/saks,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13009972       +Capital 1 Bank,    Attn: Bankruptcy Dept.,   Po Box 30285,    Salt Lake City, UT 84130-0285
13009973       +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
13043754       +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13009975        Dsnb Macys,   911 Duke Blvd,    Mason, OH 45040
13049058        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,   NC4 105 03 14,    Greensboro, NC 27410
13009976       +Fed Loan Serv,    Pob 69184,   Harrisburg, PA 17106-9184
13009977       +Frdm/cbsd,   Po Box 2017,    Eltin, IL 60121-2017
13009981      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
13829105       +NATIONSTAR MORTGAGE LLC,    c/o DENISE ELIZABETH CARLON,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13009983       +Sb1 Federal Credit Uni,    200 N 16th St Ste 200,   Philadelphia, PA 19102-1225
13009984       +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
13030106      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Lexus Financial Services,    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026)
13863726       +Toyota Lease Trust,    c/o DENISE ELIZABETH CARLON,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13502790       +U.S. Bank National Association,    c/o: Nationstar Mortgage, LLC,    P.O. Box 619096,
                 Dallas, TX 75261-9096
13009986       +WFFNB/Furniture Barn,    Wells Fargo Financial National Bank,    Po Box 10438,
                 Des Moines, IA 50306-0438
13025444        Wells Fargo Bank NA,    PO Box 10438,   Des Moines IA   50306-0438
13307995      +++eCast Settlement Corporation,    PO Box 28136,   New York  NY   10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 08 2018 01:57:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 08 2018 01:57:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 08 2018 01:57:40    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com May 08 2018 02:06:57     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com May 08 2018 01:57:13     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13071020       +E-mail/Text: bncmail@w-legal.com May 08 2018 01:57:36     CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13044614       +E-mail/Text: bnc@bass-associates.com May 08 2018 01:57:13    Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13009974       +E-mail/Text: bankruptcycollections@citadelbanking.com May 08 2018 01:57:48
                 Citadel Federal Cred U,    520 Eagle View Blvd.,   Exton, PA 19341-1119
13098148        E-mail/PDF: gecsedi@recoverycorp.com May 08 2018 02:07:45     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13009978       +E-mail/PDF: gecsedi@recoverycorp.com May 08 2018 02:07:19     Gecrb/tjx Cos,   Po Box 965015,
                 Orlando, FL 32896-5015
13009979       +E-mail/PDF: gecsedi@recoverycorp.com May 08 2018 02:07:22     Gemb/banarepdc,
                 Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
13048094        E-mail/Text: cio.bncmail@irs.gov May 08 2018 01:57:16     IRS,   PO BOX 21126,    PHILA PA 19114
13344182        E-mail/Text: JCAP_BNC_Notices@jcap.com May 08 2018 01:57:36     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,   ST CLOUD MN 56302
13009982       +E-mail/Text: bnc@nordstrom.com May 08 2018 01:57:15     Nordstrom FSB,
                 Attention: Account Services,    Po Box 6566,   Englewood, CO 80155-6566
13038873       +E-mail/Text: bnc@nordstrom.com May 08 2018 01:57:16     Nordstrom fsb,    P.O. Box 6566,
                 Englewood, CO 80155-6566
13096459        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2018 02:07:43
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13072116        E-mail/Text: bnc-quantum@quantum3group.com May 08 2018 01:57:18
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
```

```
District/off: 0313-2           User: John                 Page 2 of 2                   Date Rcvd: May 07, 2018
                               Form ID: 138NEW            Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13017918        E-mail/PDF: rmscedi@recoverycorp.com May 08 2018 02:07:47
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               U.S. Bank, National Association, et al...
cr*             +Capital One, N.A.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
cr*            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage LLC,   350 Highland Drive,
                 Lewisville, TX  75067)
cr*             +U.S. Bank National Association,   c/o: Nationstar Mortgage, LLC,   P.O. Box 619096,
                 Dallas, TX 75261-9096
cr*              eCast Settlement Corporation,   PO Box 28136,   New York, NY  10087-8136
13009980*       +IRS,    Special Procedures Bankruptcy,   600 Arch St,   Philadelphia, PA 19106-1611
13136324*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
13009985*      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Mtr,   Toyota Financial Services,   Po Box 8026,
                 Cedar Rapids, IA 52408)
                                                                                      TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
```
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank National Association
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    Nationstar Mortgage LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              MICHAEL ADAM COHEN    on behalf of Debtor Michelle R Wilson mcohen1@temple.edu
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Michelle R Wilson

    Debtor(s)

Bankruptcy No: 13−12837−jkf

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

       For The Court

       Timothy B. McGrath
       Clerk of Court

Dated: 5/7/18

56 − 55
Form 138_new